The People of the State of New York, Respondent,
against
Edwyn Sanchez, Defendant-Appellant.



Defendant appeals from a judgment of the Criminal Court




of the City of New York, New York County (John Cataldo, J.H.O.), rendered November 23, 2015, convicting him, upon a plea of guilty, of violating Public Health Law § 229, and imposing sentence.
Per Curiam.
Judgment of conviction (John Cataldo, J.H.O.), rendered November 23, 2015, reversed, on the law, accusatory instrument dismissed, and fine, if paid, remitted.
The notably terse and ambiguous plea colloquy underlying defendant's Summons Part conviction fails to establish that his plea was knowing, intelligent and voluntary. It is unclear as to the exact charge to which defendant pleaded guilty; the court did not address defendant during the plea proceeding and defendant did not speak; nor was defendant advised of any constitutional rights he was waiving (see People v Moore, 24 NY3d 1030 [2014]). Given the relatively minor nature of the infraction here charged, we dismiss the accusatory instrument in lieu of remanding the matter (see People v Burwell, 53 NY2d 849, 851 [1981]).
In light of our disposition, we reach no other issues. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur 
Decision Date: September 15, 2017